ANTHONY FISHER, Respondent, *v.* WAKEFIELD PARK REALTY COMPANY, Appellant.

*Fisher* v. *Wakefield Park Realty Co.*, 156 App. Div. 917, affirmed. (Argued February 3, 1916; decided February 22, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for work, labor, services and materials supplied at the request of the defendant, a city contractor, in the construction, regulation and grading of a street, on a *quantum meruit.*

*Meyer D. Siegel* and *Nathaniel Tonkin* for appellant.

*Adrian M. Potter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and SEABURY, JJ.